**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Peabody Western Coal Company d/b/a Peabody Coal Company,<br><br>　　　　Defendant.<br><br>Navajo Nation<br><br>　　　　Rule 19 Defendant | No. CV 01-01050-PHX-MHM<br><br>**ORDER** |

　　　　On September 30, 2006, this Court entered its Order granting the Navajo Nation's Motion to Dismiss, which the Court converted to a Motion for Summary Judgment. (Dkt.#142). The Court has become aware of two typographical errors in its Order. On page 3, line 23, and on page 4, line 17 the word "EEOC" should be replaced with "Navajo Nation." As such, pursuant Rule 60(a) of the Federal Rules of Civil Procedure the Court hereby corrects those typographical errors.

　　　　**Accordingly,**

　　　　**IT IS HEREBY ORDERED** that the word "EEOC" on page 3, line 23 and page 4, line 17 be replaced with "Navajo Nation."

DATED this 11th day of October, 2006.



Mary H. Murguia
United States District Judge

- 2 -