**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

*EQUAL EMPLOYMENT OPPORTUNITY*  v.  *PEABODY WESTERN COAL*
*COMMISSION*                         *COMPANY, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO.  2:01-cv-01050 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date:  February 25, 2011

This case has been stayed pursuant to the parties' request to allow for the completion of proceedings in the United States Supreme Court.  Meanwhile, a motion to dismiss was filed at docket 183.  The motion to dismiss at docket 183 is hereby **DENIED without prejudice** to a renewed motion in the event that such a motion is eventually determined to be necessary.  If a renewed motion is filed, it may be supported either by new papers, or through incorporation by reference of the papers supporting the motion at docket 183.