UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br> PEABODY WESTERN COAL COMPANY and NAVAJO NATION, Rule 19 defendant,<br><br>    Defendants - Appellees,<br><br>  v.<br><br>KEVIN K. WASHBURN, Esquire and KENNETH LEE SALAZAR, in his official capacity as Secretary of the Interior,<br><br>    Third-party-defendant - Appellees. | No. 12-17780<br><br>D.C. No. 2:01-cv-01050-JWS<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

   The judgment of this Court, entered September 26, 2014, takes effect this date.

   This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

   Costs are taxed against the appellant in the amount of $107.40.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk

Case 2:01-cv-01050-JWS   Document 289   Filed 11/19/14   Page 2 of 2